# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         1:10cv99

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion to vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 16, 2010 Order.

Signed: July 16, 2010

Frank G. Johns, Clerk
United States District Court